*Summary Disposition July 15, 2009:*

LOFTON V AUTOZONE, INC, No. 136029. By order of October 1, 2008, this Court vacated the decision of the Workers' Compensation Appellate Commission (WCAC) mailed April 4, 2007, and remanded this case to the Board of Magistrates for reconsideration in light of *Stokes v Chrysler LLC*, 481 Mich 266 (2008), with instruction that the magistrate assigned to the case take additional proofs upon request of either party and issue a decision. This Court retained jurisdiction. On order of the Court, the assigned magistrate having subsequently presided over an evidentiary hearing and having submitted a new decision in accordance with this Court's instructions, we remand this case to the WCAC for review of any challenges the parties may have to the magistrate's decision pursuant to the standard of review established in MCL 418.861a. The motion for leave to file brief amicus curiae is granted. We do not retain jurisdiction. Court of Appeals No. 277845.

KELLY, C.J., and WEAVER and HATHAWAY, JJ. We would grant leave to appeal.

OAKLAND COUNTY V OAKLAND COUNTY DEPUTY SHERIFFS ASSOCIATION, No. 138444. Pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we vacate, as dictum, that portion of the judgment of the Court of Appeals stating that "it is well settled that county corrections officers and other employees who are not police officers are not subject to the hazards of police work." In all other respects, the application for leave to appeal is denied, because we are not persuaded that the questions presented should be reviewed by this Court. Reported below: 282 Mich App 266.

*Leave to Appeal Denied July 15, 2009:*

PEOPLE V HERNANDEZ, No. 137563; Court of Appeals No. 287028.

HENSON V BOAL, No. 138412; Court of Appeals No. 280796.

WEAVER, J. I would direct that oral argument be heard on the application for leave to appeal.

COLE V SUBURBAN MOBILITY AUTHORITY REGIONAL TRANSPORTATION, No. 138552; Court of Appeals No. 288480.

KELLY, C.J., and HATHAWAY, J. We would grant leave to appeal.

*Orders Granting Oral Arguments in Cases Pending on Application for Leave to Appeal July 17, 2009:*

BERKEYPILE V WESTFIELD INSURANCE COMPANY, No. 137353. We direct the clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). The parties shall submit supplemental briefs within 42 days of the date of this order and shall address the effect of paragraph E(1)(a) of the Westfield policy's Michigan uninsured motorist coverage, which provides that "[i]f there is other applicable insurance available under one or more policies or provisions of coverage . . . [t]he maximum recovery under all coverage forms or policies